# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. SWEENEY, II, | NO. EDCV 15-0433-GW (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| ELVIN VALENZUELA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for lack of prosecution.

DATED: June 14, 2015.

GEORGE H. WU
UNITED STATES DISTRICT JUDGE